PRIMARY STEEL, INC. ET AL., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND ALLIED TUBE & CONDUIT CORP., DEFENDANT-INTERVENOR

Consolidated Court No. 91–12–00879

(Dated January 14, 1994)

### ORDER

CARMAN, *Judge:* Upon the parties' stipulation of January 11, 1994, it is hereby

ORDERED THAT the Final Results of Redetermination Pursuant to Court Remand issued on November 29, 1993 pursuant to the Court's order in *Primary Steel, Inc. v. United States,* 17 CIT 1080, 834 F. Supp. 1374 (1993) are affirmed; and it is further

ORDERED THAT this action is dismissed.

### SCHEDULE OF CONSOLIDATED CASES

1. *Ad Hoc Coalition of Pipe Importers v. United States,* 91–12–00907.
2. *Intrepid, Inc. v. United States,* 91–12–00905.
3. *Port Everglades Steel Corp. v. United States,* 91–12–00899.